### RICHARD PATTINSON *versus* GEORGE McDOUGALL

JOURNAL ENTRIES (1816): *Journal 2:* (1) Motion, rule to show cause, copy of motion and rule ordered served *p. 508.

PAPERS IN FILE: (1) Revocation of McDougall's authority; (2) letter of attorney to William Woodbridge; (3) demand for accounting and return of papers, proof of service; (4) notice of motion; (5) affidavit of George Jacob; (6) copy of rule to show cause, proof of service.

### UNITED STATES *versus* . . . . BOOKE

JOURNAL ENTRIES (1816): *Journal 2:* (1) Discontinued *p. 510.

PAPERS IN FILE: [None]

### JOSEPH KING AND BETSY (ELIZABETH) KING *versus* FREDERICK JOHNSON

JOURNAL ENTRIES (1816–21): *Journal 2:* (1) Continued *p. 510; (2) continued *p. 673. *Journal 3:* (3) Rule for nonsuit *p. 157.

PAPERS IN FILE: (1) Precipe for writ.

### JOHN McDONELL *versus* RICHARD PATTINSON

JOURNAL ENTRIES (1816): *Journal 2:* (1) Alias ordered *p. 510.

PAPERS IN FILE: (1) Precipe for writ; (2) capias and return.